**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

**United States of America**

  v.

**Angela Hernandez**

*PETTY*
**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**No.  18-00426MJ-001-TUC-BPV**

Christina M. Woehr (FPD)
Attorney for Defendant

USM#: 95735-408

**THE DEFENDANT ENTERED A PLEA OF** guilty on 6/14/2018 to Count 2 of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1325 and Title 18, U.S.C. §2, Aid and Abet Certain Illegal Aliens to Elude and Evade Examination and Inspection by Immigration Officers of the United States of America, a Class B Petty offense, as charged in Count 2 of the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **NINETY (90) DAYS**, with credit for time served.

**IT IS ORDERED** Count One is dismissed on motion of the United States.

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED    **FINE:** WAIVED    **RESTITUTION:** N/A

On motion of the Government, the special assessment is REMITTED.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

Case 4:18-mj-00426-BPV   Document 12   Filed 06/15/18   Page 2 of 2

18-00426MJ-001-TUC-BPV                                              Page 2 of 2
USA vs. Angela Hernandez

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **Thursday, June 14, 2018**

    Dated this 14th day of June, 2018.

_____
Bernardo P. Velasco
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:

defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

_____                      By: _____
United States Marshal                                                        Deputy Marshal